McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELETHEA E. DAVIS,<br><br>          Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>          Defendant. | CASE NO. CIV-S-03-1200-MCE-PAN<br><br>STIPULATION AND  ORDER RE<br>CLARIFICATION OF THE FINAL<br>DISPOSITION OF THIS CASE |

     On June 17, 2005, the Court issued an Order adopting in full the Findings and Recommendation of the Magistrate Judge filed May 23, 2005.  The Findings and Recommendation recommended that the decision denying benefits be reversed., without specifying whether such reversal was for the purpose of remanding the case for payment of benefits or for further proceedings.  Due to a delay in transmittal of the Findings and Recommendation to the Agency attorney,[1] Defendant did not file timely objections requesting clarification of this point.

---

[1] The delay was the result of a problem stemming indirectly from implementation of the new CM-ECF program.

1

The parties hereby stipulate that it is Plaintiff's position that a reversal for payment of benefits is the only logical interpretation of the Court's Order adopting Judge Nowinski's recommendation that the ALJ's "decision be reversed." Findings and Recommendation at page 5. The parties further stipulate that Defendant's position is that Judge Nowinski recommended further proceedings. The parties further stipulate that in any event, a specific directive regarding the final disposition of this case will serve to ensure proper effectuation of the Court's order by the Social Security Administration without undue delay. Consequently, the parties hereby stipulate to a request that the Court issue an order clarifying whether the decision is reversed for the payment of benefits or for further proceedings.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: June 28, 2005                    /s/ Bess M. Brewer
                                        BESS M. BREWER
                                        Attorney at Law

                                        Attorney for Plaintiff

DATED: June 28, 2005                    McGREGOR W. SCOTT
                                        United States Attorney

                                    By: /s/ Bobbie J. Montoya
                                        BOBBIE J. MONTOYA
                                        Assistant U. S. Attorney

                                        Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

DONNA W. ANDERSON
Assistant Regional Counsel

Social Security Administration

ORDER

Pursuant to the stipulation of the parties, the Court issues the following clarification of the final disposition of <u>DAVIS v. BARNHART</u>, CASE NO. 2:03-CV-01200-MCE-PAN:

The administrative decision in this case is hereby reversed and remanded for further proceedings consistent with the Magistrate Judge's Findings and Recommendations filed May 23, 2005.

IT SO ORDERED.

DATED: July 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE